644

Samuel A. Ettelson, Corporation Counsel, and Francis J. Vurpillat, Special Assistant Corporation Counsel, for appellants. Daniel F. Murphy, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Frederick Thomas, appellee, v. Samuel J. Damond et al., defendants, on interlocutory appeal of Bertha Lansky, formerly Bertha Freiden, appellant. Gen. No. 35,311.

Matchett, J., dissents. Opinion filed June 24, 1931.

Edelson, Latter & Wise, for appellant; William N. Wise, of counsel. Arkin, Berman & Marks, for appellee; Matthew Berman, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Catherine Wood, appellee, v. MacLean Drug Company et al., defendants. Harry E. White and Fred S. White, appellants. Gen. No. 35,302.

Opinion filed June 24, 1931.

Emil C. Wetten, for appellants. Gottlieb & Schwartz, for appellee; Ulysses S. Schwartz and Claude A. Roth, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Boris Kriloff, appellee, v. City of Chicago et al., appellants. Gen. No. 35,308.

Opinion filed June 24, 1931.

Francis X. Busch, Corporation Counsel, and Martin H. Foss, Assistant Corporation Counsel, for appellants. No appearance for appellee.

Mr. Justice Friend delivered the opinion of the court.

Moraw Construction Company, defendant in error, v. James A. Royer, plaintiff in error. Gen. No. 34,796.

Opinion filed June 26, 1931.

Joseph B. Lawler and G. Donald Whitehouse, for plaintiff in error. Tannenbaum, Polikoff & Schmidt, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.